UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: C05-352-TSZ |
| Plaintiff, ) | |
| v. ) | DETENTION ORDER |
| HOO YUN LEE, ) a.k.a. Young Bun Kim, ) | |
| Defendant. ) | |

<u>Offense charged</u>:

False Statement; Visa Fraud; Identity Fraud

<u>Date of Detention Hearing</u>:   October 28, 2005

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant is indicted for submitting a false application for a Social Security Card, utilizing a false immigration visa form to obtain the social security card, and applying for a Washington State identity card utilizing false information. An individual identified as her husband has been charged in case number 05-354 with three counts of wire fraud, and similar charges of

making a false statement to obtain a social security card, visa fraud and identity fraud.

(2) The defendant is a native of South Korea. She admits to having entered the United States illegally in 1989. She moved to the Seattle area from California one year ago. She is alleged to have used multiple identifiers. Pretrial Services was not able to verify much of her background information. An immigration detainer has been issued.

(3) Based on the immigration detainer, defendant does not contest detention at this time.

(4) Defendant poses a risk of nonappearance based on her status as a citizen of South Korea, some unverified background information, allegation of use of false identities, and uncertain ties to this District. She poses a risk of danger due to the nature of the instant offense involving identity fraud.

(5) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

01     (4)    The clerk shall direct copies of this Order to counsel for the United States, to
02               counsel for the defendant, to the United States Marshal, and to the United States
03               Pretrial Services Officer.

04 DATED this  28th  day of October, 2005.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
PAGE 3

15.13
Rev. 1/91